United States District Court
Southern District of Texas
**ENTERED**
June 17, 2021
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| MARSHA FINNEY, § | |
| § | |
| Plaintiff, § | |
| VS. § | CIVIL ACTION NO. 4:21-CV-741 |
| § | |
| LIFE INSURANCE COMPANY OF § | |
| NORTH AMERICA, § | |
| § | |
| Defendant. § | |

## ORDER OF DISMISSAL

The Court having been advised by counsel for the parties that an amicable settlement has been reached in this action, it is

**ORDERED AND ADJUDGED** that, pursuant to Fed. R. Civ. P. 41(a), this cause is hereby **DISMISSED** on the merits without prejudice to the right of counsel to move for reinstatement of this action within forty-five (45) days if settlement is not consummated.

**FURTHERMORE,** the Court shall retain jurisdiction to enforce the settlement agreement in its discretion upon an appropriate motion made within forty-five (45) days of this Order. *Kokkonen v. Guardian Life Ins. Co. of America*, 511 U.S. 375, 381-82, 114 S. Ct. 1673, 1677 (1994); *Bell v. Schexnayder*, 36 F.3d 447, 448-50 (5th Cir. 1994).

The Clerk shall enter this Order and provide a copy to all parties.

**SIGNED** on this 16th day of June, 2021.

_____
**VANESSA D. GILMORE**
**UNITED STATES DISTRICT JUDGE**